**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
           swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, New York 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE BUCHANNAN, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>PEPPERMILL CASINOS, INC.<br><br>　　　　　　　　Defendant. | Case No. 2:13-cv-00769 GEB (KJN)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (L.R. 144(a))**<br><br>Complaint served:　　　　May 1, 2013<br>Current response date:　　June 19, 2013<br>Proposed response date:　　July 10, 2013 |

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 2:13-CV-00769 GEB (KJN)

Pursuant to United States District Court for the Eastern District of California Local Rule 144(a) and subject to this Court's approval, Plaintiff Joyce Buchannan, by and through her counsel, Bursor & Fisher, P.A., and Defendant Peppermill Casinos, Inc., by and through their counsel, Brownstein Hyatt Farber Schreck, LLP, hereby stipulate that Defendant, Peppermill Casinos, Inc., will have until July 10, 2013 to respond to the initial class action complaint filed in this action. The parties previously stipulated to a 28-day extension of time for Defendant to respond to the complaint. The parties seek an additional 21-day extension because they are meeting and conferring in hopes of resolving or narrowing the issues in the case.

Dated: June 13, 2013

**BURSOR & FISHER, P.A.**

By:     */s/ L. Timothy Fisher*
        L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
        swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, New York 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

Dated: June 13, 2013

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By:     */s/ Mitchell J. Langberg*
        Mitchell J. Langberg

Mitchell J. Langberg ( State Bar No. 171912)
Laura Bielinski (State Bar No. 10516)
2029 Century Park East, Suite 2100
Los Angeles, CA  90067-3007

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 2:13-CV-00769 GEB (KJN)

1

Telephone: (310) 500-4600
Facsimile: (310) 500-4602
E-Mail: MLangberg@bhfs.com
lbielinksi@bhfs.com

*Attorneys for Defendant*

Pursuant to the parties' stipulation, Defendant Peppermill Casinos, Inc. shall have until July 10, 2013 to respond to Plaintiff's complaint.

IT IS SO ORDERED.

**Date: 6/14/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 2:13-CV-00769 GEB (KJN)

2